JACKSON LEWIS P.C.
666 Third Avenue
New York, New York 10017
(212) 545-4000
Attorneys of Record:
    Adam Gross, Esq.
    Brendan Sweeney, Esq.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

EUGENIO VASQUEZ,
*on behalf of himself, FLSA collective Plaintiffs and the Class*,

                              Plaintiff,

-against-

VICTOR'S CAFÉ 52ND STREET, INC., d/b/a VICTOR'S FAFE, and SONIA ZALDIVAR,

                              Defendants.

Civil Action No.: 18-cv-10844

**NOTICE OF MOTION**

---

To:     C.K. Lee, Esq.
        LEE LITIGATION GROUP, PLLC
        30 East 39th Street, Second Floor
        New York, NY 10016

        PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Motion for Summary Judgment, Statement of Material Facts Pursuant to Rule 56.1 on Behalf of Defendants, the Declaration of Monica Zaldivar and the exhibits attached thereto, and the Declaration of Brendan Sweeney, Esq. and the exhibits attached thereto, Defendants Victor's Café 52nd Street, Inc. and Sonia Zaldivar by their undersigned attorneys, will move this Court before the Honorable Vernon S. Broderick, at the United States District Courthouse for the Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square,

New York, New York 10007, for an Order granting Summary Judgment, with prejudice, to Defendants Victor's Café 52nd Street, Inc. and Sonia Zaldivar, and granting such other relief as the Court deems just and proper. Pursuant to the Local Civil Rule 6.1, Plaintiff's opposing affidavit(s) and answering memorandum, if any, shall be served on or before January 25, 2019 and Defendants' reply affidavit(s) and memorandum shall be served on or before February 1, 2019.

Dated: New York, New York
January 11, 2019

Respectfully submitted,

JACKSON LEWIS P.C.
666 Third Avenue
New York, New York 10017
(212) 545-4000

By: *Brendan Sweeney*
Adam Gross, Esq.
Brendan Sweeney, Esq.

*ATTORNEYS FOR DEFENDANTS*

4849-0725-0821, v. 1