**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/26/19

-----------------------------------------------------------X
EUGENIO VASQUEZ, on behalf of himself,
FLSA Collective Plaintiffs and the Class,
                                    Plaintiff,

                                                            18 **CIVIL** 10844 (VSB)

        -against-                                           **JUDGMENT**

VICTOR'S CAFÉ 52ND STREET, INC., et al.,
                                    Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 26, 2019, Defendants' motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
        September 26, 2019

                                            **RUBY J. KRAJICK**
                                            _____
                                            **Clerk of Court**
                        BY:     _____
                                            **Deputy Clerk**